UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VANEY QUEEN, | No. 2:14-cv-0286 DAD P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, et al., | |
| Defendants. | |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Although plaintiff has also filed an application to proceed in forma pauperis, he has not answered questions 3-7 on the form application, and he has also not signed the application.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to submit a properly completed application to proceed in forma pauperis.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Plaintiff shall submit, within thirty days from the date of this order a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated: March 6, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
quee0286.3a

2